1
2
3
4
5
6
7
8
9      UNITED STATES DISTRICT COURT

10      CENTRAL DISTRICT OF CALIFORNIA

11

12   JAMES RUTHERFORD, an              Case  No.: ED CV 20-189-DMG (SPx)
     individual,
13                                     **ORDER RE DISMISSAL WITH**
14   Plaintiff,                        **PREJUDICE [40]**

15   vs.

16
     HF Investments, LLC, et al.,
17
18   Defendants.

19

20

21
22
23
24
25
26
27
28

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Sierra Corwin, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:   June 30, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2